IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| **FERNANDO TARTT,** )<br>)<br>    Plaintiff, )<br>) | |
| v. ) | CIVIL ACTION NO.<br>2:19cv169-MHT |
| ) | (WO) |
| **WALTER POSEY,** )<br>)<br>    Defendant. ) | |

### ORDER

The court having been informed that this case is now settled, it is ORDERED that:

(1) The nonjury trial set for February 28, 2022, is continued generally.

(2) All pending motions are denied without prejudice and pending matters are stayed.

(3) This case is closed administratively pending receipt of the joint stipulation of dismissal.

DONE, this the 22nd day of February, 2022.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**